**Order filed, October 08, 2014.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-14-00730-CV

—————————

**ROBERT  LOUIS  MARTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause No. 877816**

---

### ORDER

The reporter's record in this case was due **September 15, 2014**. *See* Tex. R. App. P. 35.1. On **September 17, 2014, Arlene Webb** attempted to file the reporter's record which was **rejected** because the exhibits were not in a PDF searchable format. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Arlene Webb**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM